IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, | ) Case No.: 2:08-CV-00984-WBS-GGH |
| Plaintiff, | ) **ORDER PERMITTING PLAINTIFF'S COUNSEL TO ATTEND JUNE 23, 2008 HEARING TELEPHONICALLY** |
| vs. | ) |
| CALIFORNIA GAMBLING CONTROL COMMISSION, | ) |
| Defendant | ) |

This cause came on for consideration, upon Plaintiff's ex parte application for an order permitting its counsel to attend telephonically the scheduled July 7, 2008, 2:00 p.m., hearings on Plaintiff's Motion to Remand Back to State Court, and Defendant's Motion to Dismiss the Complaint; Manuel Corrales, Jr., Esq., having submitted the application on behalf of Plaintiff; the Court having considered the papers submitted; and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  Plaintiff's ex parte application is granted.

2.   Plaintiff's counsel, Manuel Corrales, Jr., Esq., and Terry Singleton, Esq., may attend **telephonically** the hearings set for July 7, 2008, at 2:00 p.m., on Plaintiff's Motion to Remand Back to State Court, and Defendant's Motion to Dismiss the Complaint.

**IT IS SO ORDERED.**

Dated: June 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE