IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA VALLEY MIWOK TRIBE,** | 08-CV-0984 WBS GGH |
| Plaintiff, | **ORDER CONTINUING HEARING AND PERMITTING COUSEL TO ATTEND JULY 21, 2008 HEARING TELEPHONICALLY** |
| **v.** | |
| **THE CALIFORNIA GAMBLING CONTROL COMMISSION; and DOES 1 THROUGH 50, Inclusive,** | |
| Defendants. | Hearing:     July 21, 2008<br>Time:         2:00 p.m.<br>Courtroom: 5<br>Judge:       The Honorable<br>                 William B. Shubb |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the hearing on Defendant's motion to dismiss and Plaintiff's motion to remand to state court now set for July 7, 2008 at 2:00 p.m. be and hereby is continued to July 21, 2008 at 2:00 p.m. in Department 5 of this Court, and Plaintiffs' counsel may attend telephonically.

Dated:  June 26, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1